UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID GORDON CANTRELL,　　　　　　　No. 2:10-cv-02725-MCE-EFB PS

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　　**ORDER**

MARY LATTIMORE AND ASSOCIATES, et al.,

　　　　Defendants.

----oo0oo----

On April 15, 2011, this Court adopted the Findings and Recommendations of the Magistrate Judge that the above-referenced matter be dismissed, without leave to amend, as frivolous and failing to state a claim upon which relief could be granted. As the Magistrate Judge noted, the complaint was "nearly incomprehensible" and did not "provide the defendants with fair notice of what the claims are of the grounds upon which those complaints rest." Findings and Recommendations, ECF No. 10, 4:22-24.

///

1

1   Judgment was entered in accordance with the Court's Order on
2 April, 15, 2011.  More than four months later, on August 19,
3 2011, Plaintiff filed a "Notice of Amendation" that apparently
4 seeks reinstatement of this action.  That request was docketed as
5 a Motion for Reconsideration and the Court will construe it as a
6 Motion for Relief from Final Judgment under Federal Rule of Civil
7 Procedure 60(b).  Relief under Rule 60(b) is warranted, <u>inter
8 alia</u>, on grounds of mistake or excusable neglect, in instances
9 where newly discovered evidence surfaces, in cases of fraud, and
10 for such other reasons that justify relief.

   Plaintiff's one-page request consists of both handwritten
notations and pasted bits of statutory authority.  Like
Plaintiff's complaint, it is virtually incomprehensible and its
basis cannot be reasonably ascertained.  As such, it fails and
Plaintiff's Motion (ECF No. 13) is DENIED.

   IT IS SO ORDERED.

Dated: August 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE